

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00080-CV

Rosanna **BARRERA**, Sage Barrera, and Jenesey Barrera,
Appellants

v.

Dean T. **CHERER** and Chererco, LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1394-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment granting summary judgment in favor of appellees on appellants' bill of review and other claims is REVERSED, and the case is REMANDED to the trial court for further proceedings. It is ORDERED that appellants recover their costs on appeal from appellees.

SIGNED May 19, 2021.

_____
Rebeca C. Martinez, Chief Justice